**Michael Anthony DAMMONS, Plaintiff–Appellant,**

v.

**L. "Jane Doe" MAYS, Nurse; Joseph Lightsey, Dr., Defendants– Appellees.**

**No. 04–6642.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 18, 2004.

Michael Anthony Dammons, Appellant pro se.

Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina; Dana Hefter Davis, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

**PER CURIAM:**

Michael Anthony Dammons appeals the district court's order granting Defendants' motions for summary judgment and dismissing Dammons' complaint filed pursuant to 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dammons v. Mays,* No. CA–02–445–F (E.D.N.C. Mar. 25, 2004). We deny Dammons' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*